DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID TIMMONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-371

[June 28, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Judge; L.T. Case Nos. 16-11390CF10A, 16-115150CF10A, 16-12358CF10A, 16-12490CF10A and 16-12829CF10A.

Carey Haughwout, Public Defender, and Tom Wm. Odom, Assistant Public Defender, West Palm Beach, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, DAMOORGIAN and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***